UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 20-cr-20162-3
v.                                            Honorable Linda V. Parker

TAREK FAKHURI,

        Defendant.
_____/

## OPINION AND ORDER DENYING DEFENDANT TAREK FAKHURI'S MOTION FOR PERMISSION TO TRAVEL (ECF NO. 445)

On September 5, 2024, a jury found Defendant Tarek Fakhuri, a Canadian citizen, guilty of one count of conspiracy to commit health care fraud and wire fraud (Count 1) and one count of health care fraud (Count 5). (ECF No. 290.) On January 13, 2025, the Court sentenced Fakhuri to 84 months' imprisonment on each count, to run concurrently. (ECF No. 358.) He is currently released on bond, with travel restricted to the Eastern District of Michigan, and is scheduled to surrender to the Bureau of Prisons on July 1, 2025.

The matter currently is before the Court on Fakhuri's motion for permission to travel to Canada for his son's high school graduation ceremony on June 25. (ECF No. 445.) The Government opposes Fakhuri's request. (ECF No. 446.) For the reasons set forth below, the Court denies the motion.

In deciding whether to grant Fakhuri's request, the Court must balance the risks of him leaving the United States against his need to travel.  The Court restricted Fakhuri's movement after his conviction because of his extensive connections outside the country, and the inability to guarantee his return to the United States if he traveled to Canada or elsewhere and refused to return voluntarily.  Further, the Court is unable to monitor Fakhuri outside the United States.  Although the Court appreciates the milestone of a child's graduation, Fakhuri acknowledges that he can view the ceremony virtually.  Fakhuri's family visited him in the Eastern District of Michigan throughout the pendency of these proceedings.  They can do so before and/or after the graduation to celebrate with him.

Accordingly,

**IT IS ORDERED** that Fakhuri's motion for permission to travel to Canada (ECF No. 445) is **DENIED**.

Date: June 20, 2025           s/LINDA V. PARKER
                              UNITED STATES DISTRICT JUDGE