UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                           Case No. 20-cr-20162-3
                                               Hon. Linda V. Parker

TAREK FAKHURI,

        Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND REPORTING DATE

Presently before the Court is Defendant Tarek Fakhuri's "Emergency Motion for Order Extending Report Date." (*See* ECF Nos. 481, 485.) The Government opposes Mr. Fakhuri's request. (ECF No. 484.)

Mr. Fakhuri currently is scheduled to report on November 10, 2025, at the Bureau of Prison ("BOP") facility where he is designated to serve his 84 months' sentence for his convictions in this matter. Mr. Fakhuri asks the Court to extend the reporting date to December 9, to allow him to meet with his neurosurgeon to discuss the results of his recent Digital Subtraction Angiography ("DSA") and recommended follow-up treatment. The neurosurgeon's schedule precludes him from seeing Mr. Fakhuri before November 25. (ECF No. 481-1.)

As the parties' previous stipulated order contemplated a delay in reporting to

permit Mr. Fakhuri to not only undergo the DSA but also to obtain the results of that procedure (*see* ECF No. 478), and because it has been represented that Mr. Fakhuri's neurosurgeon will not discuss those results outside of a follow-up appointment, the Court is granting Mr. Fakhuri's request to extend his reporting date.  Given that it has been weeks since the DSA, and that it will be several more weeks before the follow-up consultation, it does not appear to the Court that the DSA revealed the need for immediate or emergency treatment.  For that reason, the Court does not intend to grant Mr. Fakhuri any further extensions of his reporting date.  The neurosurgeon's recommended course of treatment can be presented to the BOP when Mr. Fakhuri reports to serve his sentence.  If it is appropriate to designate Mr. Fakhuri to a medical facility from the outset, his counsel should work with counsel for the Government to effectuate that placement.

Accordingly,

**IT IS ORDERED** that Mr. Fakhuri's motion is **GRANTED** in that his reporting date to the designated institution shall be extended from November 10, 2025 to noon on December 9, 2025.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 7, 2025